## James Sanford BUSHA v. STATE.

### No. 25544.

Court of Criminal Appeals of Texas.

Oct. 17, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The conviction is for operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $100.

Since perfecting his appeal, appellant has filed his personal affidavit advising that he does not desire to further prosecute the appeal.

The request is granted and the appeal is ordered dismissed.

## Francis LOFTUS v. STATE.

### No. 25597.

Court of Criminal Appeals of Texas.

Oct. 17, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of two years in the penitentiary on his conviction for passing a forged instrument.

The transcript contains appellant's motion to withdraw the appeal. Same is properly executed and his motion is granted. The appeal is dismissed.

## Merriel JOHNSON v. STATE.

### No. 25481.

Court of Criminal Appeals of Texas.

Oct. 10, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The appeal is from a conviction of murder. The punishment was assessed by the jury at 15 years in the penitentiary.

The record contains an affidavit, in proper form, requesting that the court dismiss the appeal. Appellant's request is granted. The appeal is dismissed.

Opinion approved by the Court.